## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMONTE ALLISON, JR., | Case No. 25-cv-00728 (LMP/DLM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SOUTHERN ILLINOIS; JAMES MOORE; VICTOR LEWIS; TYREA; and NASHIUA MOORE, | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R"), ECF No. 4, of United States Magistrate Judge Douglas L. Micko, which recommends dismissing Plaintiff Jamonte Allison Jr.'s Complaint, ECF No. 1, without prejudice and denying Allison's Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 2, as well as his motion to appoint counsel, ECF No. 3, as moot. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 4) is **ADOPTED**;

2. Allison's complaint (ECF No. 1) is **DISMISSED** without prejudice;

3. Allison's motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED** as moot; and

4. Allison's motion to appoint counsel (ECF No. 4) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 10, 2025               *s/Laura M. Provinzino*
                                    Laura M. Provinzino
                                    United States District Judge